**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Mohammad IJAZ, Defendant— Appellant.**

**No. 10–6489.**

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 20, 2010.

Decided: Nov. 16, 2010.

Mohammad Ijaz, Appellant Pro Se. Paul Michael Cunningham, Christine Manuelian, Assistant United States Attorneys, Baltimore, Maryland, for Appellee.

Before WILKINSON, NIEMEYER, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mohammad Ijaz appeals the district court's revised order denying several motions, including his motion for return of $249,132.06 in forfeited currency. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Ijaz,* No. 1:07–cr–00227–MJG–2 (D.Md. Mar. 19, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*